**Willie Lee WORSLEY, Plaintiff–Appellant,**

v.

**PRINCE GEORGE'S COUNTY SHERIFF'S OFFICE; Alonzo O. Black, II, Sheriff, Defendants–Appellees.**

No. 00–7766.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 15, 2001.

Willie Lee Worsley, pro se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Willie Lee Worsley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Worsley v. Prince George's County Sheriff's Office,* No. CA–00–3131–AMD (D.Md. Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*